2010-20194
FILED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002558429

**1**

PROBER & RAPHAEL, A LAW CORPORATION
DEAN PROBER, ESQ., #106207
LEE S. RAPHAEL, ESQ., #180030
CASSANDRA J. RICHEY, ESQ. #155721
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
F.040-1282
Attorneys for Secured Creditor U. S. Bank, N.A., its Successors and/or Assigns

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-20194 |
| JAYMESON MAIN BECK | Motion No. PPR-1 |
| Debtor. | CHAPTER 7 |
| | Hearing-<br>Date : April 12, 2010 |
| MICHAEL F. BURKART, | Time : 9:00 a.m. |
| Trustee, | Place : U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA<br>Courtroom 28 Dept. A<br>Judge: Michael S. McManus |

ORDER FOR RELIEF FROM AUTOMATIC STAY

It appearing that neither the Debtor nor the Chapter 7 Trustee has any opposition to Secured Creditor's Motion for Relief from Automatic Stay, and with good cause appearing therefore, the Court makes its Order as follows:

IT IS HEREBY ORDERED that the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished as to U. S. Bank, N.A., its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with

RECEIVED
April 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002558429

**2**

foreclosure of the subject Property generally described as **8225 Starburst Lane, Elk Grove California,** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

       IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

       IT IS FURTHER ORDERED that, because it appears the value of the collateral does not exceed Secured Creditor's claim, Secured Creditor is not awarded attorneys' fees and costs for the Motion.

       IT IS FURTHER ORDERED that the provisions of California Civil Code §2924g(d) run concurrently with Bankruptcy Rule 4001(a)(3) and Bankruptcy Rule 4001(a)(3) is not waived.

       IT IS FURTHER ORDERED that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code Section 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of this order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code Section 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

       IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

       IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: April 15, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge